AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    KENTUCKY

USA
V.
JONATHAN EDWARD MANIGAULT

**EXHIBIT AND WITNESS LIST**

Case Number:  7:18-CR-20-KKC-EBA-2

| PRESIDING JUDGE Karen K. Caldwell | | | PLAINTIFF'S ATTORNEY Jenna Reed | | DEFENDANT'S ATTORNEY Michael B. Fox | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) Sentencing 1/25/2021 | | | COURT REPORTER Elaine Haberer | | COURTROOM DEPUTY Susan Conner | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | 1/25/2021 | | | WITNESS: Special Agent Kimberly Kidd | |
| 1-4 | | 1/25/2021 | x | x | Selected pages from Jonathan Manigault's Facebook account | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____1_____ Pages